THE HONORABLE TANA LIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEWEL LEE and MEGAN TRAMA, for themselves, as private attorneys general, and/or on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORDSTROM, INC.,<br><br>Defendant. | Case No. 2:25-cv-2180-TL<br><br>**[PROPOSED]** ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE<br><br>**NOTE ON MOTION CALENDAR:**<br>**January 15, 2026** |

Upon consideration of the Parties' Joint Motion to Modify Briefing Schedule, and for good cause shown,

**IT IS ORDERED** that the deadlines for the parties' opposition and reply briefs regarding Defendant Nordstrom, Inc.'s Motion to Compel Arbitration and Stay Proceedings (Dkt. 18) are modified as follows:

- Plaintiffs' opposition due:    March 12, 2026
- Nordstrom's reply due:    April 23, 2026

Dated this 16th day of January, 2026.

                              _____
                              HON. TANA LIN
                              United States District Judge

Presented by:

HATTIS LUKACS & CORRINGTON

By */s/ Daniel M. Hattis*
    Daniel M. Hattis, WSBA No. 50428
    *Counsel for Plaintiffs and the Proposed Class*

[PROPOSED] ORDER - 2
Case No. 2:25-CV-2180-TL

HATTIS LUKACS & CORRINGTON
11711 SE 8th St, Ste 120
Bellevue, WA 98005
Tel: 425.233.8650 | Fax: 425.412.7171
www.hattislaw.com