THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEWEL LEE and MEGAN TRAMA, for themselves, as private attorneys general, and/or on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORDSTROM, INC.,<br><br>Defendant. | Case No. 2:25-cv-2180-TL<br><br>**DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>**NOTE ON MOTION CALENDAR: October 9, 2026** |

Defendant Nordstrom, Inc. respectfully requests leave to file a short brief of no more than 300 words to address the cases submitted with Plaintiffs' Notice of Supplemental Authority in Support of Plaintiffs' Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings. *See* ECF 42.

Local Rule 7(n) permits the filing of Notices of Supplemental Authority "to bring to the court's attention relevant authority issued after the date the party's last brief was filed." Local Rules W.D. Wash. LCR 7(n). That rule is silent on the permissibility of filing responses to Notices of Supplemental Authority. However, courts in this District have granted leave to file such responses. *See Ginsburg v. Comcast Cable Commc'ns Mgmt. LLC*, No. C11-1959RAJ, 2013 WL 1661483, at *9 (W.D. Wash. Apr. 17, 2013) (granting party leave to file supplemental brief after



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000

adverse party submitted "notices of supplemental authority in accordance with Local Rules W.D. Wash. LCR 7(n)").

Here, Defendant respectfully seeks leave to file a short responsive brief of no more than 300 words addressing whether the decisions exhibited to Plaintiff's Notice are germane to the issues presented by Defendant's pending Motion: Defendant would contend they are not.

Dated this 18th day of September, 2026.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

*By: s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
Shannon Armstrong, WSBA No. 45947
Abigail Gore, WSBA No. 62076
701 Fifth Avenue, Suite 4700
Seattle, Washington 98104
Austin.Rainwater@hklaw.com
Shannon.Armstrong@hklaw.com
Abigail.Gore@hklaw.com
Telephone: 206.505.4000
Fax: 206.505.4099

Michael W. McTigue Jr., admitted *pro hac vice*
Meredith C. Slawe, admitted *pro hac vice*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Tel: 212.735.3534
Fax: 917.777.3534
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Defendant Nordstrom, Inc.*