THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEWEL LEE and MEGAN TRAMA, for themselves, as private attorneys general, and/or on behalf of all others similarly situated,

Plaintiffs,

v.

NORDSTROM, INC.,

Defendant.

Case No. 2:25-cv-2180-TL

**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY PROCEEDINGS PENDING NINTH CIRCUIT REVIEW OF DEFENDANT'S PETITION FOR PERMISSION TO APPEAL REMAND ORDER**

**NOTE ON MOTION CALENDAR: November 2, 2026**

**TIME-SENSITIVE: RULING REQUESTED BEFORE NOVEMBER 4, 2026**

## STIPULATION TO STAY OF PROCEEDINGS

Plaintiffs Jewel Lee and Megan Trama and defendant Nordstrom, Inc. stipulate as follows:

1. On October 21, 2026, the Court entered an order sua sponte remanding the action on the ground that the plaintiffs, who are asserting claims under Washington's Commercial Electronic Mail Act and Consumer Protection Act, lack Article III standing. Dkt. 44 at 1. The Court's order indicates that the case will be remanded on November 5, 2026.



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000

2. On October 29, 2026, after meeting and conferring with plaintiffs' counsel, Nordstrom moved for a stay of proceedings—including the remand of this action—while it sought permission from the Ninth Circuit to appeal the remand order under 28 U.S.C. § 1453(c)(1) and, if permission were granted, during the appeal. Dkt. 45 at 1.

3. On October 30, 2026, Nordstrom filed a petition for permission to appeal in the U.S. Court of Appeals for the Ninth Circuit, which has docketed the petition as case number 26-_____.

4. The parties have further met and conferred regarding Nordstrom's pending stay motion. To conserve party and judicial resources, including any need for further briefing and argument on Nordstrom's stay motion and potentially the need for an emergency stay motion in the Ninth Circuit, the parties have agreed, subject to Court approval, to a temporary stay of this action—including the Court's remand order.

5. The parties agree that the stay should automatically expire if the Ninth Circuit denies Nordstrom's petition. If, however, the petition has been granted or remains pending as of December 15, 2026, the parties will submit a joint status report on that date, stating their positions on whether the stay should be continued or lifted.

**NOW THEREFORE, IT IS HEREBY STIPULATED,** subject to approval by the Court, that:

(1) This action, including the remand order (Dkt. 44), is STAYED.

(2) Nordstrom's pending motion for a stay (Dkt. 45) is GRANTED.

(3) The stay shall automatically expire if the Ninth Circuit denies Nordstrom's pending petition for permission to appeal the remand order. The parties will promptly inform the Court if the petition is denied.

(4) If the petition remains pending on December 15, 2026, on that day the parties will submit a joint status report stating their positions regarding whether the stay should be continued or lifted.



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000

(5) This stipulation is without prejudice to, or waiver of, any rights or arguments otherwise available to the parties.

Dated this 2nd day of November, 2026.

HOLLAND & KNIGHT LLP

/s/ Austin Rainwater
Austin Rainwater, WSBA No. 41904
Shannon Armstrong, WSBA No. 45947
Abigail Gore, WSBA No. 62076
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206.505.4000
Fax: 206.505.4099
austin.rainwater@hklaw.com
shannon.armstrong@hklaw.com
abigail.gore@hklaw.com

Michael W. McTigue Jr., admitted pro hac vice
Meredith C. Slawe, admitted pro hac vice
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: 212.735.3000
Fax: 212.735.2000
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Defendant Nordstrom, Inc.*

HATTIS, LUKACS & CORRINGTON

/s/ Daniel Hattis
Daniel M. Hattis, WSBA No. 50428
Che Corrington, WSBA No. 54241
Paul Karl Lukacs, WSBA No. 56093
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
dan@hattislaw.com
che@hattislaw.com
pkl@hattislaw.com

Daniel M. Hutchinson, admitted pro hac vice
Roger N. Heller, admitted pro hac vice
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Fax: 415.956.1008
dhutchinson@lchb.com
rheller@lchb.com

*Attorneys for Plaintiffs Jewel Lee and Megan Trama*

THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEWEL LEE and MEGAN TRAMA, for themselves, as private attorneys general, and/or on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORDSTROM, INC.,<br><br>Defendant. | Case No. 2:25-cv-02180-TL<br><br>**[~~PROPOSED~~] ORDER TO STAY PROCEEDINGS PENDING NINTH CIRCUIT REVIEW OF DEFENDANT'S PETITION FOR PERMISSION TO APPEAL REMAND ORDER**<br><br>**NOTE ON MOTION CALENDAR: November 2, 2026**<br><br>**TIME-SENSITIVE: RULING REQUESTED BEFORE NOVEMBER 4, 2026** |

Having considered the parties' stipulation to stay proceedings, the Court hereby ORDERS:

(1) This action, including the Court's order remanding the case (Dkt. 44), is STAYED.

(2) Nordstrom's pending motion for a stay (Dkt. 45) is DENIED as moot.

(3) The stay automatically expires if the Ninth Circuit denies Nordstrom's pending petition for permission to appeal the remand order. The parties will promptly inform the Court if the petition is denied.

(4) If the petition remains pending on December 15, 2026, on that day the parties will submit a joint status report stating their positions regarding whether the stay should be continued or lifted. The court will thereafter issue an order either continuing or lifting the stay.

(5) The parties' stipulation is without prejudice to, or waiver of, any rights or arguments otherwise available to the parties.

SO ORDERED.

Dated this 2nd day of November, 2026.

The Honorable Tana Lin
United States District Judge



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000